# United States Court of Appeals
## For the First Circuit

No. 02-1695

JAMES W. CAMPBELL,

Plaintiff, Appellant,

v.

BANKBOSTON, N.A.; BANKBOSTON SEPARATION PAY PLAN; HELEN DRINAN,
administrator; BANKBOSTON CASH BALANCE RETIREMENT PLAN;
RETIREMENT PLAN COMMITTEE, administrator,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on March 7, 2002 is amended
as follows:

P. 19, l.9: insert "provision" between "age discrimination"
and "applies"